761 A.2d 546

Richard L. VECHTER, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.

Supreme Court of Pennsylvania.

Nov. 27, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of November, 2000, the order of the Court of Common Pleas is hereby **REVERSED,** *see Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* 563 Pa. 146, 758 A.2d 1155 (2000), and the case is remanded for proceedings consistent with that opinion.